**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| TQP DEVELOPMENT, LLC, | § |
| Plaintiff, | § Case No. 2:12-CV-00058 |
| v. | § JURY TRIAL DEMANDED |
| KEYCORP, | § |
| Defendant. | § |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

The plaintiff, TQP Development, LLC, and defendant KeyCorp, pursuant to Fed. R. Civ. P. 41, hereby move for an order dismissing all claims and counterclaims in this action with prejudice, with each party to bear its own costs, expenses and attorneys' fees.

DATED June 28, 2012.

Respectfully submitted,

By: \s\ *Hao Ni*
Hao Ni
Texas Bar No. 24047205
Ni Law Firm, PLLC
3102 Maple Ave. Suite 400
Dallas, TX 75201
Telephone: (214) 800-2208
Fax: (214) 880-2209
E-mail: hni@nilawfirm.com

Andrew W. Spangler
State Bar No. 24041960
Spangler & Fussell P.C.
208 N. Green St., Suite 300
Longview, TX 75601
Telephone: (903) 753-9300

Facsimile: (903) 553-0403
Email: spangler@sfipfirm.com
James A. Fussell, III
AR State Bar No. 2003193
Spangler & Fussell P.C.
211 N. Union Street, Suite 100
Alexandria, VA 22314
Telephone: (903) 753-9300
Facsimile: (903) 553-0403
Email: fussell@sfipfirm.com

Marc Fenster
mfenster@raklaw.com
Andrew D. Weiss
Email: aweiss@raklaw.com
Adam Hoffman
Email: ahoffman@raklaw.com
Alexander Giza
Email: agiza@raklaw.com
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
310-826-7474
Fax: 310-826-6991

**ATTORNEYS FOR PLAINTIFF TQP DEVELOPMENT, LLC**

/s/ *Georgia E. Yanchar* (with permission)
MICHAEL E. JONES
*mikejones@potterminton.com*
ALLEN F. GARDNER
*allengardner@potterminton.com*
POTTER MINTON, P.C.
110 N. College
500 Plaza Tower
Tyler, TX 75702
(903) 597-8311
Fax: (903) 593-0846

TRACY SCOTT JOHNSON (0064579)
*tjohnson@calfee.com*
GEORGIA YANCHAR (0071458)

gyanchar@calfee.com
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114
Tel: (216) 622-8200
Fax: (216) 241-0816

**ATTORNEYS FOR DEFENDANT KEYCORP**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile, and/or first class mail on this date

\s\ *Hao Ni*_____