IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TQP DEVELOPMENT, LLC, | § § § § | |
| Plaintiff, | § § | Case No. 2:12-CV-00058 |
| v. | § § | JURY TRIAL DEMANDED |
| KEYCORP, | § § | |
| Defendant. | § § § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice (Doc. No. 26) of all claims and counterclaims asserted between plaintiff, TQP Development, LLC, and defendant, KeyCorp, in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims in this suit between plaintiff, TQP Development, LLC, and defendant, KeyCorp, are hereby dismissed with prejudice,

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**It is SO ORDERED.**

**SIGNED this 29th day of June, 2012.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE